IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD BRIAN COLLUM,<br><br>     Petitioner,<br><br>v.<br><br>LARRY BENZON,<br><br>     Respondent. | **MEMORANDUM DECISION &**<br>**ORDER REGARDING MOTION**<br>**TO PROCEED** *IN FORMA*<br>*PAUPERIS* **ON APPEAL**<br><br>Case No. 2:17-CV-892 RJS<br><br>Chief District Judge Robert J. Shelby |

Petitioner, Richard Brian Collum, applies to appeal without prepaying appellate filing fee. *See* 28 U.S.C.S. § 1915 (2019). However, Petitioner has not submitted the required "*certified copy* of the trust fund account statement (or institutional equivalent) for the prisoner *for the 6-month period immediately preceding the filing of the complaint . . .* obtained from the appropriate official of each prison at which the prisoner is or was confined," *see id.* § 1915(a)(2) (emphasis added).

IT IS ORDERED that Petitioner must within thirty days file a *certified* copy of his inmate-account statement. If Petitioner does not fully comply, his application will be denied.

DATED this 25th day of April, 2019.

BY THE COURT:

_____

CHIEF JUDGE ROBERT J. SHELBY
United States District Court